No. 82–227. PROVIDENCE JOURNAL CO. v. HOME PLACEMENT SERVICE, INC., ET AL. C. A. 1st Cir.; and

No. 82–282. MCCAIN ET AL. v. LYBRAND ET AL. D. C. S. C. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 82–287. ARIZONA ET AL. v. ASH GROVE CEMENT CO. ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari granted. Motion of respondents for leave to file typewritten supplemental brief in opposition to petition for writ of certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 82–392. MONEX INTERNATIONAL, LTD., ET AL. v. COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 6th Cir. Motion of petitioners for simultaneous consideration of this case with No. 82–24, *Federal Trade Commission* v. *Francis Ford, Inc.*, denied.

No. 82–5419. IN RE CONRAD ET AL.; and

No. 82–5420. IN RE CONRAD ET AL. Petitions for writs of habeas corpus denied.

No. 82–88. IN RE RICE. Petition for writ of mandamus denied.

No. 82–5104. IN RE ROBINSON. Petition for writ of mandamus and/or certiorari denied.

No. 82–5240. IN RE DEMOS; and

No. 82–5264. IN RE SIMS. Petitions for writs of mandamus and/or prohibition denied.

No. 82–11. MENNONITE BOARD OF MISSIONS v. ADAMS. Appeal from Ct. App. Ind. Probable jurisdiction noted.